625 A.2d 613

**Catherine M. ANDREWS, Appellant,**

v.

**Perry C. ANDREWS, II.**

Supreme Court of Pennsylvania.

Argued May 3, 1993.

Decided May 24, 1993.

Sandra Edwards Gray, Lancaster, for appellant.

Kathleen D. Dautrich, Reading, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, J., did not participate in the consideration or decision of this case.

NIX, C.J., and LARSEN, J., dissent.